IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Rebecca Wilson, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Methodist Healthcare System of San Antonio, Ltd., L.L.P.,<br><br>　　　　Defendant. | Civil Action No. 5:24-cv-00584-FB-ESC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rebecca Wilson ("Plaintiff" or "Wilson") and Defendant Methodist Healthcare System of San Antonio, Ltd., LLP ("Defendant" or "Methodist") pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned action be dismissed with prejudice, with each party to bear her or its own attorney's fees and costs.

Counsel for all Parties have signed this stipulation below. As such, this stipulation of dismissal with prejudice is self-effectuating pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: April 21, 2025　　　　　　　　　　Respectfully submitted,

By:　s/Ricardo J. Prieto　　　　　　　　By:　*/s/Devin J. Dunkley* (with permission)
　　Ricardo J. Prieto　　　　　　　　　　　　Devin J. Dunkley
　　State Bar No. 24062947　　　　　　　　　TN Bar No. 040222
　　Fed ID No. 1001658　　　　　　　　　　　Robert E. Boston
　　rprieto@wageandhourfirm.com　　　　　　TN Bar No. 009744
　　Attorney-in-Charge　　　　　　　　　　　Holland & Knight LLP
　　Melinda Arbuckle　　　　　　　　　　　　511 Union Street, Suite 2700
　　State Bar No. 24080773　　　　　　　　　Nashville, Tennessee 37219
　　Fed ID No. 2629125　　　　　　　　　　　T: (615) 244-6380

|  |  |
|---|---|
| marbuckle@wageandhourfirm.com | F: (615) 244-6804 |
| **Wage and Hour Firm** | Bob.boston@hklaw.com |
| 5050 Quorum Drive, Suite 700 | Devin.dunkley@hklaw.com |
| Dallas, Texas 75254 |  |
| (214) 489-7653 – Telephone | Sarah B. Morton |
| (469) 319-0317 – Facsimile | TX Bar No. 24066151 |
|  | SD Federal ID No. 966164 |
| COUNSEL FOR PLAINTIFF AND | FordHarrison LLP |
| PUTATIVE CLASS/COLLECTIVE | 1201 Fannin Street, Suite 262 |
| ACTION MEMBERS | Houston, Texas 77002 |
|  | T: (713) 832-2909 |
|  | F: (713) 832-2910 |
|  | smorton@fordharrison.com |
|  | ATTORNEY FOR DEFENDANT |

## CERTIFICATE OF SERVICE

On April 21, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF method. I certify that I served all counsel of record electronically by filing using the CM/ECF method.

s/Ricardo J. Prieto<br>
Ricardo J. Prieto